GOULD, Circuit Judge,
concurring in part and concurring in the judgment:
I concur in the judgment reached by the court, and also concur in all of the memorandum disposition except Part 2 dealing with the credit-as-true rule. Although the panel concludes that rule does not apply in this case, it is my view that a credit-as-true rule is not consistent with normal administrative law principles. I recognize that the panel is bound by prior Ninth Circuit precedent, and my position may require review by an en bane panel or the Supreme Court in some other case where the credit-as-true rule is applied on a Social Security case remand. In my view, in almost all *531 cases remands to an administrative agency should be on an open record. Cf. Soto-Olarte v. Holder, 555 F.3d 1089, 1095-96 (9th Cir.2009).